UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRYAN HANEY and SAM HOGUE, | Case No. 15-CV-1347-RSL |
| Plaintiffs, | ORDER |
| v. | |
| HUGHIE R. BLAKE, et al., | |
| Defendants. | |

This matter comes before the Court on remand from the Ninth Circuit Court of Appeals. *See* Dkt. #42-43.

Within twenty-one (21) days of this order, plaintiffs are directed to file a supplemental brief setting forth the amount of prejudgment interest to which they are entitled. Plaintiffs shall note their supplemental brief for consideration no earlier than the third Friday after its filing. See LCR 7(d). Defendants may file a response accordingly. The Court will assess the parties' supplemental submissions before determining the amount of prejudgment interest to be awarded.

DATED this 19th day of December, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1