UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRYAN HANEY and SAM HOGUE,

   Plaintiffs,

  v.

HUGHIE R. BLAKE, et al.,

   Defendants.

Case No. 15-CV-1347-RSL

ORDER TO SHOW CAUSE

  This matter comes before the Court *sua sponte*. On December 19, 2019, the Court ordered plaintiffs to file a supplemental brief within twenty-one days setting forth the amount of prejudgment interest to which they are entitled.[1] Dkt. #44. To date, plaintiffs have not filed the required supplemental brief.

  Accordingly, the Court ORDERS plaintiffs, by February 26, 2020, to (1) file the required supplemental brief, and (2) respond to this order to show cause why their request for prejudgment interest should not be denied in light of their failure to comply with the Court's December 19, 2019 order. Failure to comply with this order may result in the Court denying prejudgment interest.

//
//

---

[1] The December 19, 2019 order was issued following the Ninth Circuit Court of Appeals' remand. See Dkt. #42-43.

ORDER TO SHOW CAUSE - 1

DATED this 5th day of February, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge